AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Patterson, Jr., Robert P. | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>04/19/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>Chambers 2550, 500 Pearl St.<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Patterson, Jr., Robert P.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P. | 04/19/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. John Hancock | Insurance Policy Loan | J |
| 2. National Life Insurance | Insurance Policy Loan | J |
| 3. New England Life (now Met Life) | Insurance Policy Loan | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P. | 04/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Group (Keogh) Windsor II Fund | E | Dividend | O | T | | 01/15/10 | K | | Partial mandatory redemption |
| 2. Vanguard Group (Keogh) Int. Term Corp. Fund | E | Interest | N | T | | 01/15/10 | K | | Partial mandatory redemption |
| 3. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 4. Clarkstown School Dist. 4.5% 4/15/10 | B | Interest | | | Redeemed | 04/15/10 | K | | Redemption |
| 5. New Rochelle City 4% 9/1/03 | B | Interest | K | T | | | | | |
| 6. N.Y. State Env. Fac. 5.6% 9/15/13 | A | Interest | J | T | | | | | |
| 7. N.Y. State Env. Fac. 5.25% 6/15/14 | C | Interest | L | T | | | | | |
| 8. Otsego Cnty NY Indl. Dev. Agy 5.125% 11/1/12 | C | Interest | L | T | | | | | |
| 9. Orleans County, NY 4.9% 12/15/14 | B | Interest | K | T | | | | | |
| 10. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 11. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 12. Capital One Bank | A | Interest | J | T | | | | | |
| 13. NY Money Fund Premier | A | Interest | M | T | | | | | |
| 14. Nucor | A | Dividend | | | Sold | 12/09/10 | K | | Loss |
| 15. Nucor | A | Dividend | | | Sold | 12/09/10 | J | | Loss |
| 16. ICX Technology Inc. | | None | | | Sold | 10/07/10 | J | B | |
| 17. ICX Technology Inc. | | None | | | Sold | 10/07/10 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P. | 04/19/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Copart, Inc. | | None | K | T | | | | | |
| 19. Dril-Quip Corp. CL-B | | None | L | T | Sold (part) | 11/10/10 | J | D | |
| 20. Google, Inc. | | None | K | T | | | | | |
| 21. Ericsson L M Tel Co. | A | Dividend | K | T | | | | | |
| 22. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 23. IBM | B | Dividend | L | T | | | | | |
| 24. BGC Partners | B | Dividend | K | T | Buy | 03/04/10 | K | | |
| 25. Medco Health Solutions | | None | K | T | | | | | |
| 26. Monster Worldwide, Inc. | | None | K | T | | | | | |
| 27. Questar Corp. | A | Dividend | J | T | | | | | |
| 28. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 29. Teleflex Inc. | A | Dividend | K | T | | | | | |
| 30. TESCO Corp. | | None | | | Sold | 12/09/10 | J | | Loss |
| 31. Igene Biotechnology Inc. (WTS) | | None | J | T | | | | | No value |
| 32. N.Y.S. Power Authority 5.625% 1/1/10 | A | Interest | J | T | | 01/04/10 | J | | Redemption |
| 33. Progress Energy, Inc. Contingent Value Obligation | | None | J | T | | | | | No value |
| 34. Ultra Life Batteries | | None | | | Sold | 11/17/10 | J | | Loss |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P. | 04/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ultra Life Batteries | | None | | | Sold | 11/18/10 | J | | Loss |
| 36. Bank of America | A | Dividend | | | Sold | 01/08/10 | K | A | |
| 37. JP Morgan Chase PFD Equity Depository Shares | | None | | | Sold | 01/06/10 | K | C | |
| 38. New York NY for Prior Issues Due 8/1/13 | C | Interest | K | T | | | | | |
| 39. New York NY GO BDS Bonds 2006J Due 6/1/21 | C | Interest | M | T | | | | | |
| 40. New York ST DORM AUTH REVS Due 7/1/21 | C | Interest | L | T | | | | | |
| 41. New York ST DORM AUTH REVS Due 2/15/27 | C | Interest | K | T | Buy | 07/23/10 | K | | |
| 42. Triborough Bridge & Tunnel Auth Due 11/16/17 | C | Interest | L | T | | | L | | |
| 43. New York City Transitional Due 8/1/18 | C | Interest | L | T | Sold (part) | 03/01/10 | L | | Loss |
| 44. New York City Transitional Due 11/1/28 | C | Interest | L | T | Buy | 03/01/10 | M | | |
| 45. Metropolitan Transit Authority | B | Interest | L | T | Buy | 07/01/10 | M | | |
| 46. New York ST TWY AUTH GEN BDS Due 1/1/30 | A | Interest | K | T | Buy | 06/29/10 | K | | |
| 47. Digital Realty Trust | | None | K | T | Buy | 12/14/10 | K | | |
| 48. Kimco Realty Corp | | None | K | T | Buy | 11/12/10 | K | | |
| 49. Molex Inc. | | None | K | T | Buy | 10/06/10 | K | | |
| 50. Nucor Corp. | A | Dividend | J | T | Buy | 11/03/10 | J | | |
| 51. Occidental Pete Corp. | A | Dividend | K | T | Buy | 04/14/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P. | 04/19/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rand Logistics Inc. | | None | K | T | Buy | 05/24/10 | J | | |
| 53. QEP Resources | A | Dividend | K | T | Spinoff (from line 27) | 07/07/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P. | 04/19/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

New York ST DORM AUTH REVS due 7/1/21 was erroneously listed twice on the 2009 Report. The second entry has been deleted on the 2010 Report and #40 is the single entry for this Asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert P. Patterson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544